# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

NATIONWIDE LIFE AND ANNUITY  
INSURANCE COMPANY,

     Plaintiff,

     vs.

EDMOND GOLDEN, et al.,

     Defendants.

Case No.: 2:12 CV 213

Judge George C. Smith

Magistrate Judge Norah McCann King

## NOTICE OF SUBSTITUTION OF TRIAL ATTORNEY
## AND WITHDRAWAL OF COUNSEL

Pursuant to Loc.R. 83.4(c)(1), Stephen C. Fitch hereby substitutes as Trial Attorney for

Defendants Edmond Golden, FJ Smith, Inc., and Jeff Railey (collectively "Defendants"). Sarah

D. Morrison hereby gives notice that she withdraws as Trial Attorney for Defendants effective

the date of this filing. This substitution and withdrawal are made with the knowledge and consent

of the Defendants.

/s/ Sarah D. Morrison  
Sarah D. Morrison (0068035) (Withdrawing  
  Trial Attorney)  
smorrison@taftlaw.com  
Taft Stettinius & Hollister, LLP  
65 East State Street, Suite 1000  
Columbus, Ohio 43215  
(614) 221-2838/fax (614) 221-2007

/s/ Stephen C. Fitch  
Stephen C. Fitch (0022322) (New Trial Attorney)  
sfitch@taftlaw.com  
Taft Stettinius & Hollister, LLP  
65 East State Street, Suite 1000  
Columbus, Ohio 43215  
(614) 221-2838/fax (614) 221-2007

James Sherman Cooper  
Anne Claire Manalili  
Levinson Arshonsky & Kurtz, LLP  
15303 Ventura Blvd., Suite 1650  
Sherman Oaks, California 91403  
(818) 382-3434/fax (818) 382-3433  
Attorneys for Edmond Golden,  
FJ Smith, Inc., and Jeff Railey

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Notice of Substitution of Trial Attorney and Withdrawal of Counsel was served on all counsel of record on October 29, 2012, via the Court's electronic filing system.

/s/ Stephen C. Fitch
Stephen C. Fitch